IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONNIE D. POTTER, ) | |
|     Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION 17-00527-WS-N |
| ) | |
| HUEY HOSS MACK, ) | |
|     Respondent. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendations of the Magistrate Judge (Doc. 7) made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing § 2254 Cases in the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated March 15, 2018, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Donnie D. Potter's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED without prejudice**, and that Potter is not entitled to a Certificate of Appealability or to appeal *in forma pauperis* in conjunction with this dismissal.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this the 19th day of April, 2018.

                                          **s/WILLIAM H. STEELE**
                                          **UNITED STATES DISTRICT JUDGE**