# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| DONNIE D. POTTER, )<br>　　Petitioner, )<br> )<br>vs. )<br> )<br>HUEY HOSS MACK, )<br>　　Respondent. ) | CIVIL ACTION 17-00527-WS-N |

## JUDGMENT

In accordance with the Order entered on this date adopting the recommendations of the Magistrate Judge, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent and against Petitioner Donnie D. Potter, such that this action under 28 U.S.C. § 2241 is **DISMISSED without prejudice**, and that Potter is not entitled to a Certificate of Appealability or to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the 19th day of April, 2018.

　　　　　　　　　　　s/WILLIAM H. STEELE
　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**